**HILL, FARRER & BURRILL LLP**
Neil D. Martin (SBN 094121)
  Email: *nmartin@hillfarrer.com*
Clayton J. Hix (SBN 236718)
  Email: *chix@hillfarrer.com*
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, California 90071-3147
Telephone: (213) 620-0460
Fax: (213) 624-4840

Attorneys for Defendants
Eric Ainsworth, Lisa Aldava, Serena Greenwood, Ruben Hernandez, Jr., Deana Schweitzer, and Catherine Sherman

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HALF INTERNATIONAL, INC. a Delaware corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>ERIC SHANE AINSWORTH, an individual; LISA LYNN ALDAVA, an individual; SERENA MAI GREENWOOD, an individual; RUBEN D. HERNANDEZ, JR., an individual; DEANA H. SCHWEITZER, an individual; CATHERINE S. SHERMAN, an individual; and DOES 1 through 20,<br><br>            Defendants. | CASE NO. 14-CV-2481 WQH(DHB)<br><br>**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |

## DECLARATION OF CLAYTON HIX

I, Clayton Hix, certify and declare as follows:

1. I am over the age of 18 years and not a party to this action.

2. On October 21, 2014, I caused the Notice to Adverse Party of Removal to Federal Court attached hereto as Exhibit 1 to be electronically served on counsel and e-filed in the state court action from which this case was removed.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 21, 2014 at Los Angeles, California.

_____
CLAYTON HIX

HFB 1464019.1 R8397002

- 2 -

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT