1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ROBERT HALF INTERNATIONAL INC., A DELAWARE CORPORATION,<br><br>        Plaintiff,<br>v.<br>ERIC SHANE AINSWORTH, AN INDIVIDUAL; ET AL.,<br><br>        Defendants,<br><br>ERIC SHANE AINSWORTH, AN INDIVIDUAL; ET AL,<br><br>        Counterclaimants,<br>v.<br>ROBERT HALF INTERNATIONAL, INC., A DELAWARE CORPORATION,<br><br>        Counter-Defendant. | CASE NO. 14-CV-02481-WQH-DHB<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE** |
|---|---|

On January 27, 2016, Plaintiff and Counter-Defendant Robert Half International Inc. ("RHI") and Defendants and Counterclaimants Eric Ainsworth, Lisa Aldava, Serena Greenwood, Ruben Hernandez, Deana Schweitzer, and Catherine Sherman ("Defendants") (collectively "the Parties") filed a Joint Motion for Dismissal of All Claims and Counterclaims with Prejudice.  Good cause appearing, ITS IS HEREBY ORDERED that Parties' Joint Motion is entered as follows:

(1) RHI's First Amended Complaint, in its entirety, is dismissed with prejudice and Defendants' Counterclaims, in their entirety, are dismissed with prejudice, with each Party bearing his, her or its own costs and attorneys' fees.

(2) The Parties shall return all documents exchanged in this matter pursuant to the terms of the Protective Order.  In addition, Defendants shall each conduct a diligent search on their personal computer(s), on their cell phone(s), in any other electronic storage devices (including iPad, Microsoft Surface or other media and cloud based storage) used by them, and in their personal e-mail accounts for any RHI documents or information, specifically including any client or candidate information (hereafter, "RHI Information"). The Defendants shall return (in the case of hard copies) or delete (in the case of electronically stored information) all RHI Information in their possession, custody or control, if any, within sixty (60) days of the Court's dismissal of this lawsuit.  The Defendants are prohibited from accessing, disclosing, relying on, or otherwise using any such RHI Information, to the extent it exists.

**IT IS SO ORDERED.**

Dated:  February 1, 2016

Hon. William Q. Hayes
United States District Court